UNITED STATES COURTS Middle DISTRICT OF Florida

Jacob Hall

against

Vanessa Fang

OCT 19 2026 PM1:27
FILED - USDC - FLMD - TPA

8:26-cv-3173-JLB-CPT

Federal Court Complaint

Defendant Vanessa Fang repeatedly participated in illegal activities.

The Court should investigate Vanessa Fang's bank transaction and cash flow.

Jacob Hall

IFP